No. 93–7130. THOMAS v. COWLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–7131. SNYDER v. SUMNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–7135. DUKES v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 93–7137. CALDWELL v. BRENNEN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7140. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7149. HAYWOOD v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 93–7151. AARON v. UNITED STATES; and
No. 93–7316. HUGHES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7157. MABERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7160. MCINTYRE v. CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7165. HELTON v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–7170. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7172. WARNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7173. SANDERS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–7176. HARPER v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.